UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TANYA EDWARDS,<br><br>Plaintiff<br><br>vs.<br><br>MAYOR TRANSPORTATION, LLC, AZA SOLIMAN, JOHN DOES 1 through 10, and ABC CO. 1 through 10,<br><br>Defendants | Case No. 2:23-CV-14376-SRC-JSA<br><br>**CONSENT AMENDED SCHEDULING ORDER** |

**WHEREAS** following the submission of a joint discovery plan by the parties (ECF No. 13) and the initial scheduling conference held on February 2, 2024, the court entered a Scheduling Order (ECF No. 16) setting certain deadlines for discovery in the above-captioned matter; and

**WHEREAS** counsel for the parties jointly need additional time to complete discovery on issues pertaining to class certification; it is hereby

**ORDERED THAT:**

1. The Scheduling Order is modified and amended as follows:

    a. Responses and objections to the exchanged written discovery requests shall be due by May 27, 2024, including the production of responsive documents;

    b. Depositions limited to issues relevant to class certification shall be completed by June 26, 2024 and the number of depositions to be taken by each side shall not exceed 5;

    c. Motions to add new parties, whether by amended or third-party complaint, and motions to amend pleadings must be filed no later than July 26, 2024.

d.  The deadline for plaintiff to file her motion for conditional certification putative LSA Collection is July 26, 2024. Defendants to file their opposition to plaintiff's motion for conditional certification putative LSA Collection is August 26, 2024. Plaintiff to file her reply in support to motion for conditional certification putative LSA Collection by September 9, 2024;

e.  The Telephone Status Conference presently scheduled for May 10, 2024 before Magistrate Judge Jessica S. Allen is **adjourned until July 8, 2024 at 12:30 p.m.** A joint status letter is due **on or before July 2, 2024**; and

f.  The parties shall submit a proposed scheduling order within 30 days following the determination of Plaintiff's motion for conditional certification putative LSA Collection including but not limited to the scheduling of a second round of depositions.

/s/ Ivo Becica
Ivo Becica, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054
(856) 857-1425
ivo.becica@obermayer.com
Attorneys for Defendants Mayor Transportation, LLC and Aza Soliman

/s/   Thomas   Andrykovitz
Thomas H. Andrykovitz, Esq.
THE LAW OFFICES OF
THOMAS H. ANDRYKOVITZ, P.C.
260 Madison Avenue, 15th Floor
New York, NY 10016
(917) 719-0505
thomas@thomashenrylaw.com
Attorneys for Plaintiff Tanya Edwards

**SO ORDERED**:

**Date:  4/29/24**

_____
**HON. JESSICA S. ALLEN, U.S.M.J.**