THE LAW OFFICES OF
# THOMAS H. ANDRYKOVITZ, P.C.
260 MADISON AVE, 15th FLOOR
NEW YORK, NY 10016
(917) 719-0505

MEMBER OF THE NY & NJ BARS                              E-MAIL-THOMAS@THOMASHENRYLAW.COM

October 18, 2024

**VIA ECF**

The Honorable Stacey D. Adams
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **Re.**    **Joint Status Letter**
              Tanya Edwards v. Mayor Transportation, LLC et al.
              2:23-cv-14376-SRC-JSA

Dear Judge Allen,

      I represent Tanya Edwards and the putative collective/class in the above referenced matter; and I submit this letter jointly with counsel for Defendants. The Parties have agreed upon a mediator, Maureen Binetti, Esq. However, Ms. Binetti's earliest availability is January 22, 2025, which is after the current stay on discovery expires on November 23, 2024.

      In light of this, the Parties respectfully request an extension of the stay to accommodate a mediation, presently scheduled for January 22, 2025, which we believe will facilitate a resolution without the need for continued litigation.

                                                Respectfully Submitted,

                                                /s/ Thomas Andrykovitz
                                                Thomas H. Andrykovitz
                                                For the Firm