THE LAW OFFICES OF
# THOMAS H. ANDRYKOVITZ, P.C.
260 MADISON AVE, 15th FLOOR
NEW YORK, NY 10016
(917) 719-0505

MEMBER OF THE NY & NJ BARS                                              E-MAIL-THOMAS@THOMASHENRYLAW.COM

May 21, 2025

**VIA ECF**

The Honorable Stacey D. Adams
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   **Re.** **Joint Status Letter**
      Tanya Edwards v. Mayor Transportation, LLC et al.
      2:23-cv-14376-SRC-JSA

Dear Judge Allen,

  I represent Tanya Edwards and the putative collective/class in the above referenced matter; and I submit this letter jointly with counsel for Defendants to inform the Court that they have reached a settlement in this matter.

  To facilitate the resolution and discuss the necessary steps to conclude the case, the Parties respectfully request a brief conference call at the Court's convenience. To assist with scheduling, the Parties are available at any time from May 26 through May 29. If those dates are not convenient for the Court, the Parties will make themselves available at another time that is more suitable to the Court's schedule.

  Thank you.

                  Respectfully Submitted,

                  /s/ Thomas Andrykovitz
                  Thomas H. Andrykovitz
                  For the Firm

cc  All Counsel of Record.